**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh

CHANDLER, POTTER & ASSOCIATES
ATTORNEYS AT LAW
Robert C. Chandler, Esq., (SBN 138266)
Ronn S. Potter, Esq., (SBN 210287)
Carla R. Kralovic, Esq., (SBN 227197)
Mario F Botkin, Esq., (SBN 279711)
3800 Orange Street, Suite 270
Riverside, CA 92501
TELEPHONE: (951) 276-3022

Attorneys for Defendant:
CFS II, INC.

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| BRUCE ALBERT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CFS II, INC.,<br><br>    Defendant. | CASE NO. **5:12-CV-01091-LHK-PSG**<br><br>REQUEST TO APPEAR TELEPHONICALLY FOR THE CASE MANAGEMENT CONFERENCE SET FOR JULY 25, 2012 BY COUNSEL FOR DEFENDANT, ROBERT CHANDLER<br><br>Case Management Conference:<br><br>Date:         07/25/2012<br>Time:        2:00 p.m.<br>Courtroom:  8 |

Counsel for the Defendant, CFS II, Inc., Robert Chandler hereby requests to appear telephonically for the case management conference set for Wednesday, July 25, 2012 at 2:00 p.m. in Courtroom 8 before the Honorable Lucy H. Koh, judge presiding.

Counsel for Defendant is located in Riverside, California. The parties herein have completed their initial discovery phase and have agreed to participate in mediation.

If approved by the court, counsel for Defendant will coordinate the telephonic appearance via CourtCall.

1

1 | Dated: 07/16/12        **CHANDLER, POTTER & ASSOCIATES**
2 |                                     By: _____
3 |                                     Robert Chandler, Esq., for Defendant