UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BRUCE ALBERT JOHNSON, | ) | Case No.: 12-CV-01091-LHK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER DIRECTING PLAINTIFF TO |
| | ) | FILE STATUS REPORT |
| CFS II, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

At the July 25, 2012 case management conference, the Court ordered Plaintiff to file a statement by no later than August 1, 2012, indicating Plaintiff's non-opposition to Defendant's filing of an Amended Answer, and withdrawing Plaintiff's pending Motion to Strike Affirmative Defenses, in light of the Amended Answer. Plaintiff has failed to comply with the Court's Order and, to date, has not filed anything regarding this issue. By August 8, 2012, Plaintiff shall either withdraw its Motion to Strike and file a statement of non-opposition to Defendant's filing of the Amended Answer, or file a statement indicating that Plaintiff does not intend to withdraw its Motion to Strike and explaining why Defendant's Amended Answer does not render the Motion to Strike moot. Plaintiff's failure to comply with Court orders may lead to dismissal of this case.

**IT IS SO ORDERED.**

Dated: August 6, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-01091-LHK
ORDER DIRECTING PLAINTIFF TO FILE STATUS REPORT