**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh

**CHANDLER, POTTER & ASSOCIATES**
1  Robert C. Chandler, Esq., (SBN 138266)
   Ronn S. Potter (SBN 210287)
2  Carla Kralovic (SBN 227197)
   3800 Orange Street, Suite 270
3  Riverside, CA 92501
   TELEPHONE: (951) 276-3022
4  FACSIMILE: (951) 782-0230

5  Attorneys for Defendant/Respondent: CFS II, Inc.

6

7                    IN THE UNITED STATES DISTRICT COURT

8           NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

9

10  BRUCE ALBERT JOHNSON,              )   CASE NO.    5:12-CV-01091-LHK-PSG
                                       )
11     Plaintiff/Petitioner            )   REQUEST TO APPEAR
                                       )   TELEPHONICALLY FOR THE CASE
12         vs.                         )   MANAGEMENT CONFERENCE SET
                                       )   FOR NOVEMBER 7, 2012 BY COUNSEL
13  CFS II, INC.,                      )   FOR DEFENDANT, ROBERT
                                       )   CHANDLER
14     Defendant/Respondent            )
                                       )   Further Case Management Conference:
15  _____     )
                                       )   Date:       11/07/2012
16                                         Time:       2:00 p.m.
                                           Courtroom:  8

17

18

19         Counsel for the Defendant, CFS II, Inc., Robert Chandler hereby requests to appear

20  telephonically for the further case management conference set for Wednesday, November 7, 2012

21  at 2:00 p.m. in Courtroom 8 before the Honorable Lucy H. Koh, judge presiding.

22         Counsel for Defendant is located in Riverside, California.  The parties herein have

23  completed their initial discovery phase & have agreed to participate in mediation.

24         If approved by the court, counsel for Defendant will coordinate the telephonic appearance

25  via Courtcall.

26

27

1
2   Dated: 11/01/12                                                   CHANDLER, POTTER & ASSOCIATES
3                                                                By: _____
4                                                                 Robert Chandler, Esq., for defendant
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27