Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
BRUCE ALBERT JOHNSON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BRUCE ALBERT JOHNSON,<br><br>                    Plaintiff,<br><br>     v.<br><br>CFS II, INC., an Oklahoma corporation,<br><br>                    Defendant. | Case No. 5:12-CV-01091-LHK-PSG<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL FURTHER PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION IN RESPONSE TO DISCOVERY REQUESTS**<br><br>[Fed. R. Civ. P. 37(a) and Civil L.R. 37]<br><br>Hearing Date:      February 19, 2013<br>Hearing Time:      10:00 a.m.<br>Hearing Judge:    Honorable Paul S. Grewal<br>Hearing Courtroom: 5, 4th Floor<br>Hearing Location:  280 South First Street<br>                                San Jose, California |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on February 19, 2013, at 10:00 a.m. or as soon thereafter as counsel may be heard before the Honorable Paul S. Grewal, United States Magistrate Judge in the United States District Court for the Northern District of California, San Jose Division, located at 280 South First Street, San Jose, California, Plaintiff, BRUCE ALBERT JOHNSON ("JOHNSON"), will move the Court for an order compelling Defendant, CFS II, INC. ("CFS"), to produce all documents and electronically stored information in its possession, custody or control responsive to JOHNSON's

- 1 -
NOTICE OF MOTION AND MOTION TO COMPEL                                  Case No. 5:12-CV-01091-LHK-PSG

discovery requests, pursuant to Fed. R. Civ. P. 37(a) and Civil L.R. 37-2.

This motion is made pursuant to Fed. R. Civ. P. 37(a) and Civil L.R. 37-2 on the grounds that CFS has failed and refused to provide documents or ESI in its possession, custody or control which are responsive to JOHNSON's discovery requests, despite efforts by JOHNSON to informally resolve this dispute.  In a separate motion, JOHNSON also seeks a monetary sanction against CFS II in the amount of his reasonable attorney fees in enforcing his discovery rights pursuant to Fed. R. Civ. P. 37(a)(5).

This motion is based on this Notice of Motion and Motion to Compel Discovery Responses, the Declaration of Fred W. Schwinn in Support of Motion to Compel Discovery Responses, the Memorandum of Points and Authorities in Support of Motion to Compel Discovery Responses filed herewith, and such other evidence, argument, and authorities which may be presented at or prior to the hearing before this Court on this Motion, and such other and further matters of which this Court may take judicial notice.

CONSUMER LAW CENTER, INC.

Dated: January 15, 2013          By: /s/ Fred W. Schwinn
                                    Fred W. Schwinn (SBN 225575)
                                    12 South First Street, Suite 1014
                                    San Jose, California  95113-2418
                                    Telephone Number: (408) 294-6100
                                    Facsimile Number: (408) 294-6190
                                    Email Address: fred.schwinn@sjconsumerlaw.com

                                    Attorney for Plaintiff
                                    BRUCE ALBERT JOHNSON