Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
BRUCE ALBERT JOHNSON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BRUCE ALBERT JOHNSON,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CFS II, INC., an Oklahoma corporation,<br><br>　　　　　　　　Defendant. | Case No. 5:12-CV-01091-LHK-PSG<br><br>**DECLARATION OF FRED W. SCHWINN IN SUPPORT OF MOTION TO COMPEL FURTHER PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION IN RESPONSE TO DISCOVERY REQUESTS**<br><br>[Fed. R. Civ. P. 37(a) and Civil L.R. 37]<br><br>Hearing Date:　　　February 19, 2013<br>Hearing Time:　　　10:00 a.m.<br>Hearing Judge:　　　Honorable Paul S. Grewal<br>Hearing Courtroom:　5, 4th Floor<br>Hearing Location:　　280 South First Street<br>　　　　　　　　　　San Jose, California |

　　　I, Fred W. Schwinn, declare under penalty of perjury, under the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

　　　1.　I am an attorney at law duly licensed to practice before all the courts of the State of California and one of the attorneys of record for Plaintiff, BRUCE ALBERT JOHNSON (hereinafter "JOHNSON").

　　　2.　I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

- 1 -

DECLARATION OF FRED W. SCHWINN　　　　　　　　　　　Case No. 5:12-CV-01091-LHK-PSG

3. On May 24, 2012, I served on Defendant, CFS II, INC. ("CFS II"), by first-class mail, Plaintiff's First Request for Production of Documents Propounded to Defendant, CFS II, Inc. A true and correct copy of Plaintiff's First Request for Production of Documents Propounded to Defendant, CFS II, Inc., is attached hereto and marked as Exhibit "A."

4. On or about October 9, 2012, CFS II served its Supplemental Responses to Requests for Production of Documents, which included boilerplate objections and an incomplete production. In many instances, CFS II stated that "[a]ll documents in responding party's possession, custody or control are produced herewith." A true and correct copy of CFS II's Supplemental Responses to Requests for Production of Documents is attached hereto and marked as Exhibit "B."

5. On September 24, 2012, I served on CFS II, Notice of Taking Deposition of Defendant CFS II, Inc.'s Designated Reprsentative(s) Pursuant to Fed. R. Civ. P. 30(b)(6) by Stenographer and/or Videotape, Duces Tecum, which included a request for production of documents pursuant to Fed. R. Civ. P. 30(b) and 34. A true and correct copy of Notice of Taking Deposition of Defendant CFS II, Inc.'s Designated Representative(s) Pursuant to Fed. R. Civ. P. 30(b)(6) by Stenographer and/or Videotape, Duces Tecum is attached hereto and marked as Exhibit "C."

6. On November 6, 2012, I conducted the deposition of Bryan R. Lohmeyer, CFS II's Rule 30(b)(6) witness in Tulsa, Oklahoma. CFS II produced no documents at the deposition. Further, Mr. Lohmeyer testified about many documents in the possession of CFS II which, while responsive to JOHNSON's document requests, were not produced in discovery. At the deposition, I requested that all responsive documents which were not previously provided be produced. Selected excerpts from this November 6, 2012, deposition are attached hereto and marked as Exhibit "D."

7. On December 10, 2012, I sent via fax to Robert C. Chandler, counsel for CFS II in this matter, in an effort to meet and confer regarding the requested production of documents responsive

to JOHNSON's document requests, including those documents identified by Mr. Lohmeyer at the Rule 30(b)(6) deposition.  A true and correct copy of this December 10, 2012, letter is attached hereto and marked as Exhibit "E."

8.   On or about December 11, 2012, Mr. Chandler sent a letter in response to my December 10, 2012, meet and confer letter.  In this letter, Mr. Chandler stated that CFS II would supplement its document production by January 4, 2013.  A true and correct copy of this December 11, 2013, letter is attached hereto and marked as Exhibit "F."

9.   On January 9, 2013, I received an email from Mr. Chandler's office wherein he states that CFS II will serve its supplemental responses by Friday, January 11, 2013.  A true and correct copy of this January 9, 2013 email is attached hereto and marked as Exhibit "G."

10.   As of the date of this Declaration, CFS II has not further supplemented its document production in this case despite its repeated assurances that it would do so.

11.   The discovery cutoff in this case is January 18, 2013.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 15th day of January, 2013, at San Jose, California.

                                                     /s/ Fred W. Schwinn