# Exhibit "A"

1   Fred W. Schwinn (SBN 225575)
    CONSUMER LAW CENTER, INC.
2   12 South First Street, Suite 1014
    San Jose, California  95113-2418
3   Telephone Number: (408) 294-6100
    Facsimile Number: (408) 294-6190
4   Email Address: fred.schwinn@sjconsumerlaw.com

5   Attorney for Plaintiff
    BRUCE ALBERT JOHNSON
6

7

8                  IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                          SAN JOSE DIVISION

10  BRUCE ALBERT JOHNSON,

11                                          Case No. 5:12-CV-01091-LHK-PSG
                                Plaintiff,
12          v.                              PLAINTIFF'S FIRST REQUEST FOR
                                            PRODUCTION OF DOCUMENTS
13  CFS II, INC., an Oklahoma corporation,  PROPOUNDED TO DEFENDANT,
                                            CFS II, INC.
14                              Defendant.

15          TO:    CFS II, Inc.
16                 c/o Mario F. Botkin
                   Chandler, Potter & Associates
17                 3800 Orange Street, Suite 270
                   Riverside, CA  92501
18

19          COMES NOW Plaintiff and pursuant to Rule 34 of the Federal Rules of Civil Procedure

20  requests that Defendant, CFS II, INC., allow Plaintiff to inspect and copy the following documents.

21  Said production to be made at the law offices of the Consumer Law Center, Inc., 12 South First Street,

22  Suite 1014, San Jose, California  95113-2418, within thirty (30) days of the service of this request.  In

23  the alternative, copies of these documents may be forwarded to Plaintiff's counsel prior to the

24

25  expiration of this time period.

26                                **INSTRUCTIONS**

27          A.     You are instructed to produce the originals of the following documents at 12 South First
28

---

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS          - 1 -          Case No. 5:12-CV-01091-LHK-PSG

Street, Suite 1014, San Jose, California 95113-2418 within 30 days after service of this request in accord with Fed. R. Civ. P. 34.

B.    Please identify the source of each of the documents you produce and label them to correspond to the categories in this request.

C.    If there are documents not currently in your possession, but which you can obtain from other parties involved in the transaction, (e.g. original creditor, current creditor, prior collection agency, or assignee) such additional documents are included in this request.

D.    If your response to any requests herein is that the documents are not in your possession or custody, describe in detail the unsuccessful efforts you made to locate the records.

E.    If your response to any requests herein is that the documents are not in your control, identify who has control and the location of the records, and provide any documents you have that contain all or part of the information contained in the requested document or category.

F.    If any requested document was, but no longer is in your possession or subject to your control, or has been misplaced, destroyed or discarded, or otherwise disposed of, please so state, and for each such document provide:

1.    Its date;

2.    The identity of the person(s) who prepared the document;

3.    The identity of all persons who participated in preparing the document, to whom the document was sent or who have otherwise seen the document;

4.    The length of the document;

5.    The subject matter of the document;

6.    If misplaced, the last time and place it was seen and a description of efforts made to locate the document;

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS        Case No. 5:12-CV-01091-LHK-PSG

7.     If disposed of, the date of and reason for disposal, the manner of disposition (e.g., destroyed, transferred to a third party), the reason for disposal, the identity of the person(s) who authorized disposal and the identity of the person who disposed of the document.

G.     If you are declining to produce any document in whole or in part because of a claim of privilege, please:

1.     Identify the subject matter, the type (e.g., letter, memorandum), the date, and the author of the privileged communication or information, all persons that prepared or sent it, and all recipients or addressees;

2.     Identify each person to whom the contents of each such communication or item of information have heretofore been disclosed, orally or in writing;

3.     State what privilege is claimed;

4.     State the basis upon which the privilege is claimed.

H.     When a document exists as a computer database or spreadsheet file, Plaintiff requests that the file be copied to a disk in one of the following formats in descending order of preference: ODS, QPW or XLS.

I.     When a document exists in a computer disk as a word processing file, Plaintiff requests that the file be copied to a floppy disk in one of the following formats in descending order of preference:  ODT, WPD, DOC or TXT.

J.     The Document Requests are to be considered continuing, and supplemental documents must be submitted by Defendant upon discovering or becoming aware of additional responsive documents.

K.     If any paragraph of this request is believed to be ambiguous or unduly burdensome, please contact the undersigned and an effort will be made to remedy the problem.

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS        Case No. 5:12-CV-01091-LHK-PSG

L.      Unless otherwise stated, the relevant time period is January 1, 2010, to the present.

## DEFINITIONS

A.      The terms "YOU" or "YOUR" shall mean CFS II, INC., and all persons acting on behalf of such party, including but not limited to all past or present employees, agents, servants, investigators, attorneys or other representatives.

B.      "DOCUMENT" is used in the broadest possible sense and means, without limitation, any written, printed, typed, digitized, photostated, photographic, computerized, recorded, or otherwise reproduced communication or representation, whether comprised of letters, words, numbers, pictures, sounds or symbols, or any combination thereof.  It includes the original and any nonidentical copies thereof, whether different from the originals by reason of any notation made on such copies or otherwise, and includes every document that is or has been in the possession, control, or custody of Defendant or of which Defendant has knowledge, whether originals or copies.  It includes but is not limited to contracts, notes, memoranda, correspondence, diaries, desk or other calendars, statistics, letters, telegrams, minutes, business records, personal records, account statements, reports, studies, checks, receipts, bills, returns, charts, summaries, pamphlets, books, notations of any sort of conversations, written agreements, bulletins, printed matter, computer printouts, electronic mail, data compilations from which information can be obtained, teletypes, telefax, worksheets, logs, forms, bank statements, books of account, ledgers, or invoices, all drafts, alterations, modifications, changes and amendments of any of the foregoing, graphic or oral records or representations of any kind, including but not limited to tapes, cassettes, discs, recordings, computer memories, and other information that is recorded electronically, digitally, or by similar means.

C.      The term "ELECTRONICALLY SAVED INFORMATION" or "ESI" refers to all information of all kinds maintained by electronic data processing systems including all non-identical

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS          Case No. 5:12-CV-01091-LHK-PSG

copies of such information.  ESI includes, but not limited to, computer programs (whether private, commercial or work in progress), programming notes or instructions, and input and/or output used or produced by any software program or utility, including electronic mail messages and all information referencing or relating to such message anywhere on the computer systems, word processing documents and all information stored in connection with such documents, electronic spreadsheet, databases including all records and fields and structural information, charts, graphs and outlines, arrays of information and all other information used or produced by any software, operating systems, password, source code of all types, programming languages, linkers and compilers, peripheral drivers, PIFs, PDFs, GIFs, batch files, any and all ASCII files, and all miscellaneous files and/or file fragments, regardless of the media on which they reside and regardless of whether said ESI consists in an active file, deleted file or file fragments.  The term ESI also includes the file, folder tabs and/or containers and labels appended to, or associated with, any physical storage device associated with the information described above.  ESI subject to production includes information stored on both personal and company-issued or owned desktop or laptop computers, PDA (include Blackberries, Treos, Palm Pilots, iPhones, iPads and other functional equivalents), cellular phones, databases, hard drives, servers, back-up tapes, archival tapes, voice mail memories, website log files, hard discs, floppy disks, CD-ROMs, and any other means or vehicle or ESI storage and/or transmittal.

D.     The term "PERSON" shall include a natural person, partnership, corporation, joint venture, association, or other group however organized.

## REQUESTS TO PRODUCE

IMPORTANT:  All questions containing the terms "DOCUMENT," "ESI," or "PERSON" must be answered in accordance with the definitions of those terms contained in the attached instructions.

///

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS     Case No. 5:12-CV-01091-LHK-PSG

## REQUESTS FOR PRODUCTION

1. All DOCUMENTS on which you relied in anyway in preparing answers to Plaintiff's interrogatories served simultaneously herewith.

2. All DOCUMENTS which you specially mention in any answer to Plaintiff's interrogatories served simultaneously herewith.

3. All DOCUMENTS which were specifically mentioned or requested in the text of any of Plaintiff's interrogatories served simultaneously herewith.

4. All DOCUMENTS which you intend to utilize at a trial or hearing in this matter.

5. All DOCUMENTS identified or listed in YOUR Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) in this case.

6. All DOCUMENTS relating in any way to the alleged debt of Plaintiff and the collection thereof.

7. An organizational chart for Defendant, CFS II, INC.

8. All contracts, agreements, or other DOCUMENTS between Defendant, CFS II, INC., and Tomi Enterprise regarding Plaintiff and collection of his debt.

9. Copies of the Complaint for any litigation filed against Defendant, CFS II, INC., in the past 3 years alleging violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692e.

10. Copies of the Complaint for any litigation filed against Defendant, CFS II, INC., in the past 3 years alleging violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692e(10).

11. Copies of the Complaint for any litigation filed against Defendant, CFS II, INC., in the past 3 years alleging violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692g(a)(3).

12. Copies of the Complaint for any litigation filed against Defendant, CFS II, INC., in the past 3

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS          Case No. 5:12-CV-01091-LHK-PSG

years alleging violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692g(a)(4).

13. Copies of the Complaint for any litigation filed against Defendant, CFS II, INC., in the past 3 years alleging violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692g(a)(5).

14. Copies of the Complaint for any litigation filed against Defendant, CFS II, INC., in the past 3 years alleging violations of the California Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788.17.

15. Any insurance policies covering Defendant, CFS II, INC., for violation of the federal Fair Debt Collection Practices Act.

16. Any insurance policies covering Defendant, CFS II, INC., for violation of the California Rosenthal Fair Debt Collection Practices Act.

17. All DOCUMENTS in Defendant, CFS II, INC.'s, possession sent to or received from Tomi Enterprise which in any way relate to the debt owed by Plaintiff.

18. All DOCUMENTS in Defendant, CFS II, INC.'s, possession sent to or received from Plaintiff which in any way relate to the debt owed by Plaintiff.

19. All operation manuals or similar DOCUMENTS, etc., utilized by Defendant, CFS II, INC., relating to its compliance with the federal Fair Debt Collection Practices Act, 15 U.S.C. §§ §§ 1692e, 1692e(10), 1692g(a)(3), 1692g(a)(4) or 1692g(a)(5).

20. All DOCUMENTS relating to the maintenance of procedures by Defendant, CFS II, INC., adapted to avoid any violation of the federal Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692e, 1692e(10), 1692g(a)(3), 1692g(a)(4) or 1692g(a)(5).

21. All operation manuals or similar DOCUMENTS, etc., utilized by Defendant, CFS II, INC.,

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS          Case No. 5:12-CV-01091-LHK-PSG

relating to its compliance with the California Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788.17.

22. All DOCUMENTS relating to the maintenance of procedures by Defendant, CFS II, INC., adapted to avoid any violation of the California Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788.17.

23. All material, including video and audio tapes, pertaining to training by or for Defendant, CFS II, INC., and its employees regarding the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

24. All material, including video and audio tapes, pertaining to training by or for Defendant, CFS II, INC., and its employees regarding the California Rosenthal Fair Debt Collection Practices Act, California Civil Code §§ 1788-1788.33.

25. A copy of the entire contents of the collection file maintained by Defendant, CFS II, INC., pertaining to the collection of the debt owed by Plaintiff to Tomi Enterprise.

26. The transcript for each and every deposition of Defendant, CFS II, INC., in which a witness produced pursuant to Fed. R. Civ. P. 30(b)(6), Cal. Code of Civil Procedure § 2025.230, or any other similar statute or rule, testified regarding any *bona fide* error defense claimed by Defendant, CFS II, INC., for claims made under the federal Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692e, 1692e(10), 1692g(a)(3), 1692g(a)(4) or 1692g(a)(5).

27. The transcript for each and every deposition of Defendant, CFS II, INC., in which a witness produced pursuant to Fed. R. Civ. P. 30(b)(6), Cal. Code of Civil Procedure § 2025.230, or any other similar statute or rule, testified regarding any *bona fide* error defense claimed by Defendant, CFS II, INC., for claims made under the California Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788.17.

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS          Case No. 5:12-CV-01091-LHK-PSG

28. A current balance sheet for Defendant, CFS II, INC.

29. All financial documents from lawsuits in which Defendant, CFS II, INC., has provided financial documents or net worth information.

30. All documents regarding Defendant, CFS II, INC., showing its net worth that have been provided to any government agency.

31. All financial statements of Defendant, CFS II, INC., for the last three years.

32. All annual reports of Defendant, CFS II, INC., for the last three years.

33. All semiannual and quarterly financial statements of Defendant, CFS II, INC., for that last three years.

34. All credit applications of Defendant, CFS II, INC., for the last three years.

35. All tax returns of Defendant, CFS II, INC., for the last three years.

36. Any and all corporate formation documents related to any entity of which Defendant, CFS II, INC., is affiliated.


Dated: __May 24, 2012__                           CONSUMER LAW CENTER, INC.

                                                  By: _____
                                                      Fred W. Schwinn, Esq.
                                                      Attorney for Plaintiff
                                                      BRUCE ALBERT JOHNSON

---

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS          Case No. 5:12-CV-01091-LHK-PSG

1

## CERTIFICATE OF SERVICE

2      The undersigned, Fred W. Schwinn, does hereby certify that he caused a true and correct copy

3  of the above and foregoing document to be deposited in the United States mail, postage prepaid,

4  addressed to the following:

5

6          Mario F. Botkin
           Chandler, Potter & Associates
7          3800 Orange Street, Suite 270
           Riverside, CA  92501
8

9  on this, the 24ᵗʰ day of May, 2012.



10                                                      _____
                                                        Fred W. Schwinn
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 10 -

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS      Case No. 5:12-CV-01091-LHK-PSG



**CFS II**

2488 E. 81st. Street
Suite 500
Tulsa, OK 74137
888-394-3951

March 4, 2011

Bruce A. Johnson
275 Burnett Ave SPC 115
Morgan Hill, CA 95037

Dear Bruce A. Johnson:

Tomi Enterprise - Doug Araki. has purchased and been assigned ownership of the debt listed below. Our office has been retained to collect this debt.

| | |
|---|---|
| Original Creditor Name: | **US BANK** |
| Card Name: | **Visa Platinum** |
| Original Card Number: | **4037840016404988** |
| Type of Obligation: | **Credit card** |
| Credit Card Opened: | **02/01/2008** |
| Last Payment: | |
| Our Account Number: | **102162** |
| Current Total Balance: | **$5,719.13** |

Our records indicate that you are obligated on the account and that it is currently in default.

Federal law provides you certain rights and protections regarding the collection of this debt. To learn more about these rights we encourage you to visit this Federal Trade Commission website:

http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre18.shtm

To help you identify this debt we have provided above the name and address of the original creditor and other information. If you need more information, just let us know. Also, if you believe this is not your debt, that the amount is wrong, or if there is something else that may make the debt invalid, please tell us you dispute the debt. If you tell us of your dispute within 30 days of your receipt of this letter, we will avoid contacting you until we send written verification of the debt or a copy of any applicable judgment. If you do not tell us you dispute the debt then we will assume the debt is valid.

Please call us at the number below to discuss your payment options, or you can send payment to the address listed below. If you have already paid in full or you are represented by an attorney regarding this debt, please let us know details of your payment or contact information for your attorney and we will not contact you again.

We look forward to hearing from you and to you taking care of this matter.

Sincerely,
**Brain Brophy**
CFS II

```
┌─────────────────┐
│    EXHIBIT      │
│                 │
│      1          │
│                 │
└─────────────────┘
```

### Notice:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Our office and mailing address is **2488 E. 81st St. Suite 500 Tulsa, OK 74137**. You can reach us toll-free at **888-394-3951** from 8am to 8pm Central Time.. Our local number is **918-394-3950**.

In case you have a complaint about any aspect of our collection efforts on this account, please contact Ms. Jessica Allsop at our office. She can be reached at **jallsop@cfstwo.com** or at **888-394-3951.**.

This communication is from a debt collector and is an attempt to collect a debt. Any information we obtain will be used for that purpose.

**Special notice for residents of California:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m.  They may not harass you by using means of violence or arrest or by using obscene language.  Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work.  For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt.  Collectors may contact another person to confirm your location or enforce a judgment.  For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**Special notice for residents of Colorado**

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer.  A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**Special notice for residents of Illinois:**  We do business in Illinois as CFS II of Oklahoma, Inc.

**Special notice for residents of Iowa:**  We do business in Iowa as CFS II of Oklahoma, Inc.

**Special notice for residents of Massachusetts:**  We do business in Massachusetts as Oklahoma CFS II.

**Special notice for residents of Missouri:**  We do business in Missouri as CFS II of Oklahoma, Inc.

**Special notice for residents of New York City**

We are licensed by the New York City Department of Consumer Affairs and our License Number is 1373571

**Special notice for residents of Texas:**  We do business in Texas as CFS II of Oklahoma, Inc.

**Special notice for residents of Utah**

As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.  We will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described on the front of this letter.



## WHO IS CFS II?

CFS II is not your typical debt-collection company because I'm not your typical company owner. My name is Bill Bartmann and here are some facts about me:

- ➤ I was one of eight children. My father was a janitor and mother cleaned houses for a living.

- ➤ Our family was evicted more than once because the places we lived were declared "unfit for human habitation."

- ➤ I joined the carnival at 14 and roamed the country. At times I lived under bridges and ate out of dumpsters.

- ➤ I joined a street gang and became an alcoholic by age 17.

- ➤ One night while drunk I fell down a flight of stairs and became paralyzed from the waist down. The doctor assured me that I'd never walk again.

- ➤ Eventually I walked out of the hospital and got a job at a hog slaughterhouse, where I worked for 6 years.

- ➤ I organized a wildcat strike at the slaughterhouse to demand benefits for us part-timers, and the company agreed to our terms.

- ➤ I met my future wife when I was 17 and she was 14. (We've since been married for 38 years.)

- ➤ Eventually I got my high school diploma, barely made it through college, and went to law school. I became an attorney and my main clients were poor people being sued by creditors.

- ➤ I made a good living at times and at other times I was forced to declare bankruptcy.

During the bad times I was hounded day and night by bill collectors. They sometimes got my 7-year-old daughter on the phone and worked her over. Once I ripped the phone out of the wall when one collector became especially abusive.

When i started this business I was determined to treat people with dignity and respect—unlike the way I was treated when I owed money.

We became successful because most customers really do want to repay their debts and get on with their lives, if only they're treated with dignity and respect. And that's my pledge about how we'll treat you.

Bill Bartmann
Founder, CFS II

2488 E. 81st. Street ➤ Suite 500
Tulsa, OK 74137   |   888-394-3951

"Bill Bartmann is a good steward!  He has made a profound positive difference in the lives of so many."

– **Mother Teresa**



"Bill is living proof that business success and family values are not incompatible. He has demonstrated…the more you give, the more you get."

– **Bill Cosby**



"Bill is 'The Greatest' at helping people recognize and discover the champion hiding inside. He teaches people how to 'knockout' the negatives in their lives."

– **Muhammad Ali**



"Patron Saint of the Second Chance. A second chance. Who better to offer it than Bill Bartmann."

## THE WALL STREET JOURNAL.

"Bill Bartmann has built a big business of bad debt. He also may have made bill collectors kinder and gentler.  None of it would have happened if he hadn't gone broke."



"Bill Bartmann…put a seedy and inefficient industry on the road to respectability."

## FORTUNE

"Although Bartmann lost his company, he managed to turn his loss into an opportunity that … changed an entire industry."



"Determined to make good on what he owed, rather than declare bankruptcy, Bartmann persuaded his bank to lend him the money to get into…the debt collection business. He started by purchasing a cheap package of bad FDIC loans and from there built a … reputation as the industry's kindest collector."

## SUCCESS

"Bill Bartmann survived failure, remade one of the country's ugliest industries."

## Inc.



$0.44 0
US POSTAGE
FIRST-CLASS
052800007 JAN08
74137

B49303.14

2488 E. 81st Suite 500
Tulsa, Ok 74137

Bruce A. Johnson
275 Burnett Ave SPC 115
Morgan Hill, CA 95037