# Exhibit "C"

1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   BRUCE ALBERT JOHNSON
6

7

8              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                       SAN JOSE DIVISION

10 BRUCE ALBERT JOHNSON,                Case No. 5:12-CV-01091-LHK-PSG
11
                          Plaintiff,   NOTICE OF TAKING DEPOSITION OF
12     v.                              DEFENDANT CFS II, INC.'S,
                                       DESIGNATED REPRESENTATIVE(S)
13 CFS II, INC., an Oklahoma corporation,  PURSUANT TO FED. R. CIV. P. 30(b)(6) BY
                                       STENOGRAPHER AND/OR VIDEOTAPE,
14                                     DUCES TECUM
                          Defendant.
15

16                                     Deponent:    Designee for Defendant, CFS II,
                                                    Inc.
17
                                       Date:        November 6, 2012
18                                     Time:        10:00 a.m.

19                                     Location:    Frank Peterson & Associates
20                                                  Nine East Fourth Street, 6th Floor
                                                    Tulsa, Oklahoma  74103
21

22      TO:    CFS II, Inc.
               c/o Robert C. Chandler
23             Chandler, Potter & Associates
               3800 Orange Street, Suite 270
24             Riverside, CA  92501

25      **PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30(b)(6), commencing on
26
   **November 6, 2012, at 10:00 a.m.,** and thereafter by adjournment until the same shall be completed, at
27
   the offices of Frank Peterson & Associates, Nine East Fourth Street, 6th Floor, Tulsa, Oklahoma  74103,
28

                                       - 1 -

NOTICE OF DEPOSITION                          Case No. 5:12-CV-01091-LHK-PSG

OR such other location as may be later designated by Amended Notice, Plaintiff, through his counsel, will take the deposition(s) under oath of the designated representative(s) of Defendant, CFS II, INC. (hereinafter, "CFS"), before a qualified notary public under Fed. R. Civ. P. 28, stenographically and/or by videotape.

**PLEASE TAKE FURTHER NOTICE** that, the designated representative(s) of CFS must be prepared to testify regarding "matters known or reasonably available to" Defendant, including but not limited to the following topics:

1. The factual basis for CFS' Answer;

2. Any and all other information related to CFS' defenses contained in its Answer;

3. The collection methods, practices, techniques and strategies used by CFS in its efforts to collect debts from consumers during the months of January 2009 through the present;

4. The use of alias names by any Defendant and or employee of CFS in the collection of consumer debts;

5. All account notes, collection logs, miscellaneous notes, debtor work cards, or other documentation methods, if any, whether computerized, manual or other, of all activities undertaken by CFS or its employees related to Plaintiff;

6. Creation, modification, programming and use of any computer software and hardware used by CFS to receive, compile and/or maintain information on Plaintiff or Plaintiff's account;

7. The methods, practices, techniques and strategies used by CFS in training its collection employees concerning compliance with the Fair Debt Collection Practices Act;

8. The methods, practices, techniques and strategies used by CFS in training its collection employees concerning compliance with the Rosenthal Fair Debt Collection Practices Act;

9. Any bona fide error defense CFS may have with regard to the allegations set forth in the

- 2 -

Complaint filed by Plaintiff in this case;

10. Any bona fide error defense claimed by CFS in any case brought under the Fair Debt Collection Practices Act from January 1, 2009, to the present;

11. Any bona fide error defense claimed by CFS in any case brought under the Rosenthal Fair Debt Collection Practices Act from January 1, 2009, to the present;

12. The names, titles, addresses and phone numbers of all persons who participated in designing, creating, furnishing, compiling or printing any and all of the collection letters and notices sent to Plaintiff by CFS in an effort to collect on any account;

13. The use of letters in the form of Exhibit 1, attached to Plaintiff's Complaint;

14. The manner of mailing letters in the form of Exhibit 1, attached to Plaintiff's Complaint;

15. Defendant's discovery responses in this case;

16. All documents requested by Plaintiff in the course of this case; and

17. The documents produced for inspection, review and copying noted below.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Fed. R. Civ. P. 30(b) and 34, Defendant is required to produce at the aforementioned time and place the following documents for inspection, review and photocopying;

1. All documents in CFS' possession sent to or received from US Bank which in any way relate to the debt owed by Plaintiff;

2. All operation manuals or similar documents, etc., utilized by CFS relating to compliance with the Fair Debt Collection Practices Act;

3. All operation manuals or similar documents, etc., utilized by CFS relating to compliance with the Rosenthal Fair Debt Collection Practices Act;

4. All documents relating to the maintenance of procedures by CFS adapted to avoid any violation

NOTICE OF DEPOSITION                                   Case No. 5:12-CV-01091-LHK-PSG

of the Fair Debt Collection Practices Act;

5.  All documents relating to the maintenance of procedures by CFS adapted to avoid any violation of the Rosenthal Fair Debt Collection Practices Act;

6.  All litigation filed against CFS in the past 3 years alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692e;

7.  All litigation filed against CFS in the past 3 years alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692e(10);

8.  All litigation filed against CFS in the past 3 years alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692g(a)(3);

9.  All litigation filed against CFS in the past 3 years alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692g(a)(4);

10. All litigation filed against CFS in the past 3 years alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692g(a)(5);

11. All litigation filed against CFS in the past 3 years alleging violations of the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788.17;

12. All documents relating to the creation, modification, programming and use of any computer software and hardware used by CFS to receive, compile and/or maintain information on the Plaintiff's account; and

13. All documents or lists which would contain or explain all abbreviations and codes, letters, numerals, or symbols regularly used by CFS in its records or collection activities.

oo0oo

NOTICE OF DEPOSITION                                    Case No. 5:12-CV-01091-LHK-PSG

1    Dated:   September 24, 2012            CONSUMER LAW CENTER, INC.

2

3                                By: _____

4                                     Fred W. Schwinn
                                    Attorney for Plaintiff

5                                     BRUCE ALBERT JOHNSON

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

NOTICE OF DEPOSITION                                  Case No. 5:12-CV-01091-LHK-PSG

1

## CERTIFICATE OF SERVICE

2

    The undersigned, Fred W. Schwinn, does hereby certify that he caused a true and correct copy

3

of the above and foregoing document to be deposited in the United States mail, postage prepaid,

4

addressed to the following:

5

6          Robert C. Chandler
          Chandler, Potter & Associates

7          3800 Orange Street, Suite 270
          Riverside, CA  92501

8

9  Dated:  September 24, 2012

                          Fred W. Schwinn

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -

NOTICE OF DEPOSITION                          Case No. 5:12-CV-01091-LHK-PSG