# Exhibit "F"

# CHANDLER, POTTER & ASSOCIATES

**Robert C. Chandler***     *Attorneys & Counselors at Law*
– Member of California & New Mexico Bars
**Ronn S. Potter***
–Member of the California & Massachusetts Bars     Nicole Wiegert
**Carla R. Kralovic**     – Legal Secretary
–Member of the California Bar     Kim Jennison
**Mario F Botkin**     – Office Manager
–Member of the California Bar

* A Professional Law Corporation     December 11, 2012

                                                   FAXED 2:12 pm

Fred W. Schwinn, Esq.     Sent Via Facsimile (ONLY)
Consumer Law Center, Inc.     (408) 294-6190
12 South First Street, Suite 1014
San Jose, CA 95113-2418

RE: **JOHNSON v. CFS II (5:12-cv-01091-LHK-PSG)**

Dear Attorney Schwinn:

The purpose of this letter is to acknowledge receipt of your letter dated December 10, 2012 sent, via facsimile, at about 4:30 p.m.

Please be advised that I spoke with my client this morning. My client is working on gathering the information and documents requested, including making copies of the audio recording.

There is no need, at this juncture, to file a motion to compel further responses. We will continue to work with you to resolve any discovery issues without the need for court intervention.

Given that the holidays are upon us, in lieu of your unilateral due date of December 21, 2012, we will ensure that all requested information and documents are served upon your office by Friday, January 4, 2013.

Should you have any questions, please contact me directly at (951) 276-3022. Thank you in advance for your continued cooperation and professional courtesy.

Very truly yours,
CHANDLER, POTTER & ASSOCIATES

By: _____
    Robert Chandler

*Main Office*
✓ **Riverside Office**
3800 Orange St., Ste. 270
Riverside, CA 92501
(951) 276-3022
Fax (951) 782-0230

**Orange County**
5000 Birch St., Ste. 3000
Newport Beach, CA 92660
(949) 260-2091

**San Bernardino County**
3350 Shelby St., Ste. 200
Ontario, CA 91764
(951) 944-2512