# Exhibit "G"

# Fred W. Schwinn

**From:** Nicky <ndw@chandlerpotter-law.com>
**Sent:** Wednesday, January 09, 2013 8:35 AM
**To:** Fred W. Schwinn
**Subject:** Johnson v. CFS II

Good morning counsel:

I just got an email that the responses should be in my office either tomorrow or on Friday. As soon as I get the responses, I'll forward the same to you.

For your information, Mr. Lohmeyer suffered a massive stroke on New Year's Day and is still in the hospital. I expect Saundra Grimes to serve as the PMK for now.

Best regards,

Bob Chandler


Nicky Wiegert

Legal Secretary

Chandler, Potter & Associates

3800 Orange Street, Suite 270

Riverside, CA 92501

Phone No.: (951) 276-3022

Fax No.: (951) 782-0230

Office Hours: Mon-Thur 8-5 p.m. (Closed 12-1p.m.) Fri: Open 8-12 p.m.