UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BRUCE ALBERT JOHNSON, | ) | Case No.: 12-CV-01091-LHK |
| Plaintiff, | ) ) | |
| v. | ) | ORDER CONTINUING HEARINGS |
| CFS II, INC., | ) ) | |
| Defendant. | ) ) ) | |

The case management conference and hearing on Plaintiff's Motion for Summary Judgment Or, In the Alternative, Summary Adjudication, which were scheduled for March 7, 2013, are hereby CONTINUED to April 4, 2013, at 1:30 pm. In addition, the pretrial conference scheduled for April 18, 2013, is hereby CONTINUED to May 2, 2013, at 1:30 pm.

**IT IS SO ORDERED.**

Dated: February 18, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-01091-LHK
ORDER CONTINUING HEARINGS