UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRUCE ALBERT JOHNSON, | Case No.: 12-CV-01091-LHK |
| Plaintiff, | |
| v. | ORDER CONTINUING HEARING |
| CFS II, INC., | |
| Defendant. | |

The case management conference and hearing on Plaintiff's Motion for Summary Judgment Or, In the Alternative, Summary Adjudication, which was scheduled for April 4, 2013, is hereby CONTINUED to April 18, 2013, at 1:30 pm.

**IT IS SO ORDERED.**

Dated: April 1, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-01091-LHK
ORDER CONTINUING HEARING