UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BRUCE ALBERT JOHNSON, | ) | Case No.: 12-CV-01091-LHK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER RE: STATUS REPORT |
| | ) | REGARDING SETTLEMENT |
| CFS II, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On April 18, 2013, the Court ordered the parties in this action to meet and confer in an attempt to resolve this matter prior to trial. On April 19, 2013, the parties submitted a Joint Case Status Report in which the parties indicated that they had exchanged three email messages, and that Plaintiff's counsel left a telephone message on the voicemail system of Defendant's counsel. *See* ECF No. 55. As the parties have not conversed, the Court does not find that the parties have made a good faith effort to meet and confer. Accordingly, the parties shall file another Joint Case Status Report Regarding Settlement by April 23, 2013, at noon. If the parties have not engaged in a telephone conversation by that time, the Court will order the parties to meet and confer in person in Courtroom 8 of the San Jose Federal Courthouse.

**IT IS SO ORDERED.**

Dated: April 22, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-01091-LHK
ORDER RE: STATUS REPORT REGARDING SETTLEMENT