Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
BRUCE ALBERT JOHNSON

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| BRUCE ALBERT JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>CFS II, INC., an Oklahoma corporation,<br><br>  Defendant. | Case No. 5:12-CV-01091-LHK-PSG<br><br>**STIPULATION REGARDING SETTLEMENT NEGOTIATIONS AND [PROPOSED] ORDER THEREON** |

Whereas, Plaintiff, BRUCE ALBERT JOHNSON, filed the above captioned matter against Defendant, CFS II, INC., on March 5, 2012; and

Whereas, the parties wish to engage in frank and open settlement negotiations in this case without the concern that their settlement efforts will be used for any purpose in this or any other case.

Wherefore, it is hereby stipulated by and between the parties through their respective attorneys of record that all communications (i.e., telephone calls, letters, e-mails, etc.) regarding settlement negotiations in this case shall be privileged and confidential, and shall not be used for any purpose whatsoever. It is the intent of the parties that their settlement negotiations will be treated with the same confidentiality as afforded mediations under Northern District of California ADR L.R. 6-12.

/ / /

/ / /

|   |   |
|---|---|
|   | CONSUMER LAW CENTER, INC. |
| Dated: April 22, 2013 | By: /s/ Fred W. Schwinn<br>Fred W. Schwinn (SBN 225575)<br>CONSUMER LAW CENTER, INC.<br>12 South First Street, Suite 1014<br>San Jose, California  95113-2418<br>Telephone Number: (408) 294-6100<br>Facsimile Number: (408) 294-6190<br>Email Address: fred.schwinn@sjconsumerlaw.com |
|   | Attorney for Plaintiff<br>BRUCE ALBERT JOHNSON |
|   | CHANDLER, POTTER & ASSOCIATES |
| Dated: April 22, 2013 | By: /s/ Robert C. Chandler<br>Robert C. Chandler (SBN 138266)<br>CHANDLER, POTTER & ASSOCIATES<br>3800 Orange Street, Suite 270<br>Riverside, California 92501<br>Telephone Number: (951) 276-3022<br>Facsimile Number: (951) 782-0230<br>Email Address: rchandler@chandlerpotter-law.com |
|   | Attorney for Defendant<br>CFS II, INC. |

**ORDER**

Based upon the foregoing stipulation and good cause appearing,

IT HEREBY ORDERED, that all communications (i.e., telephone calls, letters, e-mails, etc.) regarding settlement negotiations in this case shall be privileged and confidential, and shall not be used for any purpose whatsoever. The settlement negotiations of the parties shall be treated with the same confidentiality as afforded meditations under Northern District of California ADR L.R. 6-12.

Dated: April 23, 2013

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge