UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRUCE ALBERT JOHNSON,<br><br>            Plaintiff,<br>   v.<br><br>CFS II, INC., an Oklahoma corporation,<br><br>            Defendant. | Case No.: 12-CV-01091-LHK<br><br>ORDER VACATING HEARING ON MOTION FOR ATTORNEY'S FEES AND COSTS AND MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION |

A hearing on Plaintiff's Motion for Attorney's Fees and Costs and on Defendant's Motion for Leave to File a Motion for Reconsideration is scheduled for December 19, 2013, at 1:30 P.M. ECF No. 71. Pursuant to Civil Local Rule 7-1(b), the Court concludes that these matters are appropriate for determination without oral argument and accordingly VACATES the December 19, 2013 hearing. The Court will issue orders addressing both Motions shortly.

**IT IS SO ORDERED.**

Dated: December 17, 2013

                                                                         _____
                                                                         LUCY H. KOH
                                                                         United States District Judge

1